PROB22
(12/2016)

☒ FILED ☐ RECEIVED

AUG 05 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court): 4:16CR00385-050 |  |
|---|---|---|
| | DOCKET NUMBER (Rec. Court): CR-24-50143-PHX-DJH | |
| NAME AND ADDRESS OF SUPERVISED PERSON: Patel, Bhavesh Phoenix, Arizona | DISTRICT: Southern District of Texas | DIVISION: Houston |
| | NAME OF SENTENCING JUDGE: David Hittner, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | From: 05/31/2024 | To: 05/30/2027 |

OFFENSE:

Conspiracy to Commit Money Laundering, 18 U.S.C. § 1956(h)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

The defendant is currently being supervised by the District of Arizona-Phoenix Division. The supervising district is requesting a transfer of jurisdiction be initiated.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, <u>Houston Division</u>:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Arizona, Phoenix Division</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 10, 2024
*Date*

_____
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the District of Arizona, Phoenix Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 2, 2024
*Effective Date*

_____
*United States District Judge*