# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America )
v. )
)
) Case No. CR-24-50143-001-PHX-DJH
)
**Patel Bhavesh** )
*Defendant* )

## SUMMONS IN A CRIMINAL CASE

```
___ FILED      ___ LODGED
_X_ RECEIVED   ___ COPY

    FEB 0 4 2025

 CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
 BY _____ DEPUTY
```

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Courtroom No.: 305 |
|---|---|
| Sandra Day O'Connor United States Courthouse<br>401 West Washington Street<br>Phoenix, Arizona 85003<br><br>MAGISTRATE JUDGE:<br>Eileen S. Willett | Date: February 6, 2025<br>Time: 2:30 PM |

Date: January 16, 2025

_____
*Issuing officer's signature*

L. Figueroa, Deputy Clerk
*Printed name and title*

s/ Debra D. Lucas, Clerk

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 04 FEB 25

_____
*Server's signature*

DUSM KING
*Printed name and title*

cc: Prob