IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bhavesh Patel,<br><br>　　　　Defendant. | No. CR-24-50143-001-PHX-DJH<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☐　Change of Plea Hearing

☒　Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 12th day of March, 2025.

_____
Bhavesh Patel
Defendant

_____　　　　_____
Matthew Franklin Leathers　　　　　　　　Ryan Joseph McCarthy
Counsel for Defendant　　　　　　　　　　Assistant U.S. Attorney

FILED Mar 12 2025 CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA